**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA 17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

April 6, 2011

Clerk, U.S. Bankruptcy Court

RE: John Robert Hargrave
    Bankruptcy Case No. 5-09-07058
    Unclaimed Funds For: John Robert Hargrave
                           1213 Violet Place
                           Tobyhanna PA 18466

Dear Clerk:

Enclosed herewith please find check No. 1014556 for $814.59 drawn on the Fulton Bank representing unclaimed funds for the debtor in the above-referenced bankruptcy.

Should you have any questions or concerns regarding this matter, please feel free to contact our office.

                                          Very truly yours,

                                          /s/ Carol A. Kreider

                                          Carol A. Kreider
                                          Funds Manager

FILED HARRISBURG, PA. 2011 APR -8 AM 7:33 CLERK, U.S. BANKRUPTCY COURT